Sergio Bent, Bar No. 180662
Jesse M. Caryl, Bar No. 208687
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:   (213) 237-2400
Facsimile:   (213) 237-2401
E-mail:  sbent@fordharrison.com
E-mail:  jcaryl@fordharrison.com

Andrew E. Tanick, MN Bar No. 178573
FORD & HARRISON LLP
(*Admitted Pro Hac Vice*)
225 South Sixth Street, Suite 3150
Minneapolis, MN  55402
Telephone:   (612) 486-1700
Facsimile:   (612) 486-1701
E-mail:  atanick@fordharrison.com

Attorneys for Defendants Taylor Corporation, NowDocs International, Inc., and Brad Adamske

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| DONNIE G. WALLACE, | Case No.  SACV07-1457 CJC (ANx) |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT |
| TAYLOR CORPORATION, a Minnesota Corporation; NOWDOCS INTERNATIONAL, INC., a California Company and Taylor Corporation subsidiary; BRAD ADAMSKE, individually and in his capacity as President of NOWDOCS; and Does 1 thru 10, | |
| Defendants. | |

///

///

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court, having on July 28, 2008, granted defendants Taylor Corporation, NowDocs International, Inc., and Brad Adamske's (collectively, "Defendants") motion to dismiss plaintiff Donnie Wallace's ("Plaintiff") lawsuit pursuant to Federal Rule of Civil Procedure 41(b), with prejudice.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing from Defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants shall recover from Plaintiff costs of suit in the sum of $_____.

DATE: October 9, 2008     _____
Honorable Cormac J. Carney
JUDGE OF THE UNITED STATES
DISTRICT COURT CENTRAL
DISTRICT OF CALIFORNIA